■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN HENRY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunkin, J.), rendered January 3, 1985, convicting him of murder in the second degree, and robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence of the defendant's guilt which included, *inter alia,* the confessions of the defendant and the testimony of the codefendant Lionel Eady at the trial was overwhelming. In light of the overwhelming evidence of the defendant's guilt, there is no reasonable possibility that the admission into evidence of the confession by nontestifying codefendant Kenneth Moore contributed to the conviction of the defendant. Consequently, that error was harmless beyond a reasonable doubt *(see, People v Crimmins,* 36 NY2d 230). Niehoff, J. P., Eiber, Kunzeman and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN JOHNSON, Also Known as MELVIN LEAK, Also Known as JOHNNY WHEELER, Appellant.—Appeal by the defendant from four judgments of the Supreme Court, Kings County (Owens, J.), all rendered October 21, 1983, convicting him of attempted robbery in the first degree under indictment No. 3877/81, attempted robbery in the first degree under indictment No. 273/83, attempted robbery in the first degree under indictment No. 546/83, and attempted burglary in the first degree under indictment No. 584/83, upon his pleas of guilty and sentencing him as a persistent violent felony offender.

Ordered that the judgments are affirmed.

During the course of the proceeding wherein the defendant was adjudicated a persistent violent felony offender, he admitted on the record the existence of two prior violent felony convictions *(see,* Penal Law § 70.08; CPL 400.16 [2]; 400.15 [3]). Inasmuch as the defendant specifically elected at sentencing *not to* interpose a constitutional challenge to either of the prior convictions, he may not do so on appeal *(cf.,* CPL 400.16 [2]; 400.15 [7] [b]). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.